IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |  |
|---|---|---|
| Forest2Market, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.:3:05CV0423-C |
| vs. | ) | |
| | ) | |
| American Forest Management, Inc., | ) | |
| Forest Resource Consultants, Inc., | ) | |
| F&W Forestry Services, Inc., and | ) | |
| Peters Forest Resources, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on the Motion of James H. Moore, III to be admitted to practice before this Court in the above captioned proceeding *Pro Hac Vice*. Finding that Mr. Moore has complied with the requirements for such admission, the Motion is hereby GRANTED.

**IT IS SO ORDERED**

This the 17 day of October 2005.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE