IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Forest2Market, Inc. | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No.:3:05CV0423-C ) ) |
| American Forest Management, Inc., Forest Resource Consultants, Inc., F&W Forestry Services, Inc., and Peters Forest Resources, Inc. | ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter comes before the Court on the Motion of D. Bradley Folsom to be admitted to practice before this Court in the above captioned proceeding *Pro Hac Vice*. Finding that Mr. Folsom has complied with the requirements for such admission, the Motion is hereby GRANTED.

**IT IS SO ORDERED**

This the 17th day of October 2005.

_____
DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE