# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:05CV423

| | |
|---|---|
| FOREST2MARKET, INC., ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> AMERICAN FOREST MANAGEMENT, INC. ) <br> FOREST RESOURCE CONSULTANTS, INC., ) <br> F&W FORESTRY SERVICES, INC., and ) <br> PETERS FOREST RESOURCES, INC., ) <br> ) <br> Defendants. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** to set and conduct a telephonic Status Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure.

**NOW THEREFORE, IT IS ORDERED:**

1. The Status Conference shall be held by telephone on **Thursday, November 2, 2006 at 9:30 a.m.**

**IT IS SO ORDERED**.

Signed: October 6, 2006

David C. Keesler
United States Magistrate Judge