# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05CV423

| | |
|---|---|
| **FOREST2MARKET, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **AMERICAN FOREST MANAGEMENT,** ) | |
| **INC., FOREST RESOURCE** ) | |
| **CONSULTANTS, INC., F&W FORESTRY** ) | |
| **SERVICES, INC., and PETERS FOREST** ) | |
| **RESOURCES, INC.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties were scheduled for a telephone status conference with the undersigned on November 2, 2006 that had to be cancelled due to the unavailability of counsel. The Court had fully reviewed the status of this matter in anticipation of that conference, and in particular, had noted that no initial attorneys' conference has been held to date. Pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1(A), the parties are directed to confer and to jointly file a certification of initial attorneys' conference and a proposed discovery plan.

The Court acknowledges that a dispositive motion is pending, and it will endeavor to address "Defendants' Motion to Dismiss" (Document No. 22) as soon as is practicable.

**IT IS, THEREFORE, ORDERED** that the parties shall confer and jointly file a certification of initial attorney's conference and a proposed discovery plan, pursuant to Fed.R.Civ.P. 26(f) and

L.R. 16.1(A), on or before **December 1, 2006**.

Signed: November 2, 2006

David C. Keesler
United States Magistrate Judge