# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05CV423

| | |
|---|---|
| **FOREST2MARKET, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **AMERICAN FOREST MANAGEMENT,** ) | |
| **INC., FOREST RESOURCE** ) | |
| **CONSULTANTS, INC., F&W FORESTRY** ) | |
| **SERVICES, INC., and PETERS FOREST** ) | |
| **RESOURCES, INC.** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Counsel for the parties shall appear before the undersigned on **February 20, 2007** prepared to summarize the status of this case and to argue the pending motion, "Defendant's Motion to Dismiss" (Document No. 22), filed November 7, 2005. The Court will delay entry of a pretrial order and case management plan and will issue a temporary stay of discovery.

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **February 20, 2007** for a Motions Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**IT IS FURTHER ORDERED** that discovery in this case is **STAYED** until further notice by the Court.

Signed: January 16, 2007

_____
David C. Keesler
United States Magistrate Judge