# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05-CV-423-MKR-DCK

| | |
|---|---|
| FOREST2MARKET, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN FOREST MANAGEMENT, )<br>INC., FOREST RESOURCE )<br>CONSULTANTS, INC., F&W FORESTRY )<br>SERVICES, INC., and PETERS FOREST )<br>RESOURCES, INC. )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. On April 21, 2008, the Honorable Martin K. Reidinger issued an "Order" (Document No. 49) adopting the undersigned's "Memorandum And Recommendation" (Document No. 42) recommending that the "Defendants' Motion To Dismiss" (Document No. 22) be denied. Discovery in this case was stayed by Court Order (Document No. 37) on January 17, 2007. It is now appropriate for the Court to lift the stay and to enter a pretrial order and case management plan.

**IT IS, THEREFORE, ORDERED** that the parties shall file a revised proposed discovery plan, jointly if possible, on or before **May 5, 2008**.

**IT IS FURTHER ORDERED** that counsel for the parties shall appear before the undersigned on **May 7, 2008** for a Pretrial Conference/Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: April 21, 2008

_____
David C. Keesler
United States Magistrate Judge