IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:05cv423

| | |
|---|---|
| FOREST2MARKET, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AMERICAN FOREST MANAGEMENT, )<br>INC., et al, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the letter report from Attorney David B. Hamilton, who is the mediator in this matter, advising that all issues in the case were resolved in a mediated settlement conference.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before **September 22, 2008**.

Signed: August 27, 2008

Martin Reidinger
United States District Judge